UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 14-1675-MAN | Date | June 23, 2014 |
|---|---|---|---|
| Title | Morgan Stanley Smith Barney LLC, et al. v. Gehrin Michael Ortiz | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION ("OSC")**

Plaintiff(s) is ordered to show cause in writing no later than **July 11, 2014**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment

- Plaintiff's filing of a noticed motion for entry of default judgment.

- Plaintiff's filing of a Proof of Service of the summons and complaint.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

cc:     All parties of record

|  | : |
|---|---|
| Initials of Preparer | efc |